USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONALD NIXON, individually and on behalf
of all others similarly situated,

                                 Plaintiff,         19-CV-7806 (PGG) (KHP)

        -against-                          **ORDER ADJOURNING INITIAL**
                                                         **CASE MANAGEMENT**
HAT CLUB, L.L.C.                                    **CONFERENCE ORDER**

                                  Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on December 11, 2019 (doc. no 12) the Initial Case Management Conference currently scheduled for **Monday, December 16, 2019 at 10:15 a.m.** is hereby adjourned *sine die*.

        SO ORDERED.

DATED:    New York, New York
                December 13, 2019

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge